

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00126-CV

---

LAINE ALYSON FOURNET, APPELLANT

V.

YON MICHAEL FOURNET, APPELLEE

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-741012-23, Honorable Patricia Bennett, Presiding

---

June 16, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Laine Alyson Fournet, appeals from the trial court's *Final Decree of Divorce.*[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.

The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam